JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DEON BRAZIER, <br><br> Petitioner, <br><br> v. <br><br> EDWARD BORLA, <br><br> Respondent. | EDCV 24-2357-MRA (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that Judgment is entered denying the Petition for Writ of Habeas Corpus. Grounds Two, Three and Four are dismissed without prejudice to Petitioner's ability to file an Application for Leave to File Second or Successive Petition Under 28 U.S.C. § 2254 with the proposed Second or Successive Petition before the Ninth Circuit.

DATED: July 08, 2025

_____
MONICA RAMIREZ ALMADANI
United States District Judge